91 F.3d 124
 Hiram R. Johnston, Jr.
v.
Robert M. Freeman, Superintendent SCI Camp Hill, R.C. Smith,
Deputy Superintendent of Operations, Terry W. Henry, Deputy
Superintendent of Treatment, John A. Palakovich,
Administrative Assistant to Superintendent, Michael Kaiser,
Director of Treatment, Capt. Keith, Robert Komsisky, Lt.,
Charles Erickson, Lt., C.O. Henry, C.O.I. Bray, C.O.I.
Cywinski, C.O.I., Two Unknown Females, Robert P. Casey,
Ernest Preate, Attorney
 NOS. 95-7586, 95-7587
 United States Court of Appeals,
Third Circuit.
 June 18, 1996
 
 1
 Appeal From: M.D.Pa., No. 89-cv-01863;
 
 Appealing after remand 54 F.3d 768
 
 2
 AFFIRMED.